```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
P.C.,                                                            :
                                                                 :
                        Plaintiff,                               :
                                                                 :           24-cv-2496 (LJL)
        -v-                                                      :
                                                                 :              ORDER
PETER V. DRISCOLL, M.D., ANTHONY R. PERKINS,                     :
M.D., PERKINS MEDICAL CARE N.J., P.C., SERGEY                    :
VOSKIN, M.D., ELLA VOSKRESENSKIY AKA ELLA                        :
VOSKIN, NYC MEDICAL PRACTICE, P.C. D/B/A                         :
GOALS AESTHETICS & PLASTIC SURGERY, and                          :
MY GOALS SOLUTIONS, INC.,                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025

LEWIS J. LIMAN, United States District Judge:

On January 15, 2025, the Court granted the motions to dismiss filed by Defendants Perkins Medical Care N.J., P.C., Sergey Voskin, M.D., Ella Voskin, NYC Medical Practice, P.C. d/b/a Goals Aesthetics & Plastic Surgery, and My Goals Solutions, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(3). Dkt. No. 107. The Court found that "it is in the interest of justice to transfer, rather than dismiss, this case" and therefore transferred Plaintiff's claims against those Defendants to the District of New Jersey. *Id.* at 24–25. Because venue may be waived, *see Tri-State Emp. Servs., Inc. v. Mountbatten Sur. Co.*, 295 F.3d 256, 261 n.2 (2d Cir. 2002), and neither Defendant Anthony R. Perkins, M.D. nor Defendant Peter V. Driscoll, M.D. moved to transfer or dismiss the case, the Court did not transfer the case as to those Defendants.

On January 17, 2025, Plaintiff informed the Court that Plaintiff wishes for the case as a whole to be transferred to the District of New Jersey and that "Defendants do not oppose transferring this entire case to the District of New Jersey." Dkt. No. 109. "For the convenience

of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district . . . to which all parties have consented." 28 U.S.C. 1404(a). Pursuant to 28 U.S.C. 1404(a), the Court grants the parties' request to transfer the case as a whole to the District of New Jersey.

The Clerk of Court is respectfully directed to transfer this action to the District of New Jersey.

SO ORDERED.

Dated: January 17, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge